UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-cv-00350-MMD-PAL |
| Plaintiff, | ORDER |
| v. | |
| MIKE STICKLER, MANAGING PARTNER AND AUTHORIZING OFFICIAL OF FAITH-BASED SOLUTIONS, INC., | |
| Defendant. | |

Before the Court is the Plaintiff United States' Motion to Stay the Instant Civil Action. (Dkt. no. 43.) Defendant does not oppose the United States' Motion. (*See* dkt. no. 48.) GOOD CAUSE APPEARING, the United States' Motion is GRANTED. This case will be stayed pending resolution of the criminal matter in case no. 3:12-cr-00120-MMD-WGC. All pending motions are DENIED without prejudice. When the stay is lifted, any party may move to reinstate the previously pending motions. The Clerk is directed to administratively close this case.

DATED THIS 11th day of January 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE