DANIEL G. BOGDEN
United States Attorney
District of Nevada

BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar No. 4790
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: blaine.welsh@usdoj.gov

*Attorneys for the United States.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff/Counterdefendant,<br><br>        v.<br><br>MIKE STICKLER, MANAGING PARTNER AND AUTHORIZING OFFICIAL OF FAITH-BASED SOLUTIONS, LLC,<br><br>        Defendant/Counterclaimant. | Case No: 2:12-cv-00350-MMD-PAL |

## NOTICE OF JOINT VOLUNTARY DISMISSAL WITH PREJUDICE

**I.   BACKGROUND**

The United States filed its complaint seeking damages against Defendants for the alleged misuse of federal grant funds. *See* ECF No. 1. On April 9, 2012, Defendants filed a pleading styled as "ANSWERS TO COMPLAINT REQUEST MOTION TO DISMISS COUNTER COMPLIANT [sic]." *See* ECF No. 6.

1

Subsequently Defendant was indicted for fraud arising out of the same grant funds involved in this action. The Defendant was also indicted for criminal tax offenses. The captioned civil case was then stayed pending resolution of the criminal case. *See* ECF No. 49.

The criminal fraud case proceeded to trial, and the jury convicted Defendant. The Defendant later entered a guilty plea to one count in the criminal tax case. He is currently awaiting sentencing on February 9, 2015 for both of the criminal cases.

## II.   VOLUNTARY DISMISSAL

Based on the criminal conviction and Post Plea Agreement in Case No. 3:12-cr-00120-MMD-WGC, and the Plea Agreement under Fed. R. Crim. P. 11(c)(1)(C) in Case No. 3:13-cr-00028-MMD-VPC, the United States agrees to dismiss its complaint with prejudice and Defendants Mike Stickler and Faith Based Solutions, LLC agree to dismiss all counterclaims that are or could have been alleged in the captioned case with prejudice. The parties further agree that each party shall bear its own attorneys' fees and costs.

Respectfully submitted this 22 day of January 2015.

DAVID C. OMARA
The OMara Law Firm, PC
311 W. Liberty Street
Reno, Nevada 89501

CRAIG DENNEY
Snell & Wilmer L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada 89501

*Attorneys for Defendant/Counterclaimant.*

MIKE STICKLER
Managing Partner & Authorizing Official
on behalf of Faith-Based Solutions, LLC

*Defendant/Counterclaimant.*

DANIEL G. BOGDEN
United States Attorney

BLAINE T. WELSH
Assistant United States Attorney
*Attorneys for the United States.*

February 10/2015

Pursuant to the stipulation of counsel, this matter is dismissed.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: 2/10/2015